**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00285-LTB

MELISSA TUTTLE,

      Plaintiff,

v.

CIGNA LIFE INSURANCE COMPANY OF NEW YORK, and
PFIZER, INC.,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss Pfizer Without Prejudice (Doc 2 - filed March 26, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that Defendant Pfizer, Inc. shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs. The case caption is amended to read: "Melissa Tuttle v. Cigna Life Insurance Company of New York."

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: March 27, 2008