IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00285-LTB

MELISSA TUTTLE,

    Plaintiff,

v.

CIGNA LIFE INSURANCE COMPANY OF NEW YORK, and

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 12 - filed August 19, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    BY THE COURT:

      s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   August 20, 2008